UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98-CR-299-1

UNITED STATES OF AMERICA

v.

THEODORE HOWZE, JR.

## **AMENDED ORDER**

**THIS MATTER** is before the Court on the court's own motion. The Order docketed on July 29, 2011 [doc. #55] had a typographical error.

**IT IS ORDERED THAT** the Order docketed on July 29, 2011 [doc. #55] is hereby rescinded.

**IT IS FURTHER ORDERED** that the defendant's pro-se Motions to Appoint Counsel [Doc. #'s 48 and 54] be denied. The defendant has requested counsel to assist with achieving a sentence reduction based on 18:3582. This matter has been reviewed by the Federal Public Defender's Office. Therefore, there is no need to appoint additional counsel. Accordingly, the motions are **denied.**

SO ORDERED.

Signed: August 1, 2011

Graham C. Mullen
United States District Judge