UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98-CR-299

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THEODORE HOWZE ) | |

**THIS MATTER IS BEFORE THE COURT UPON THE MOTION** for Judicial Recommendation regarding the length and placement in a Residential Re-Entry Center [doc. # 88].

For the reasons stated in the motion, **IT IS ORDERED** that the motion is **GRANTED** and the Court RECOMMENDS that the Bureau of Prisons place defendant Theodore Howze in a Residential Re-Entry Center during the last twelve (12) months of his sentence and as close as possible to his home in the Charlotte, North Carolina area.

**IT IS SO ORDERED**.

Signed: November 15, 2018

Graham C. Mullen
United States District Judge