# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:98-CR-00299-GCM

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE HOWZE JR.,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's Motion for Early Termination from Supervised Release (ECF Doc. 93), which was filed on January 25, 2021. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

**SO ORDERED**.

Signed: May 18, 2021

Graham C. Mullen
United States District Judge